**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Alindez Lockett, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19cv1937 UNA |
| | ) |
| Andrew M. Saul, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The above styled and numbered case was filed on July 15, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Rodney W. Sippel, United States District Judge, under cause number 1:19cv00113.

**IT IS FURTHER ORDERED** that cause number 4:19cv1937 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: July 15, 2019   By: /s/ Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:19cv00113 RWS.**