UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| ALINDEZ LOCKETT, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:19 CV 113 RWS |
| ANDREW SAUL,<br>Commissioner of Social Security | ) ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Commissioner's motion to reverse the decision of the Administrative Law Judge (ALJ) and to remand this matter to the Social Security Administration for further proceedings. The Commissioner's motion states that additional vocational expert testimony is necessary to resolve an apparent evidentiary conflict between Plaintiff Alindez Lockett's ability to reach overhead and the demands of the jobs in the U.S. Department of Labor's Dictionary of Occupational titles. Plaintiff did not challenge the motion to remand.

Based on the issues before the Court this case should be remanded to allow the Social Security Administration to resolve the apparent evidentiary conflict in the ALJ's decision denying benefits.

Accordingly,

**IT IS HEREBY ORDERED that**, pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED,** and the case is **REMANDED** for further proceedings in accordance with this order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of February 2020.